**Luther SMITH, Appellant,**

v.

**ESTATE OF Howard PHILLIPS; Vernon Phillips, Appellees.**

No. 00–3080.

United States Court of Appeals, Eighth Circuit.

Submitted July 27, 2001.

Filed July 31, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Luther Smith appeals the district court's dismissal of Smith's complaint concerning probate matters. Having reviewed the record, we conclude dismissal was proper based on Smith's failure to assert any basis for federal subject matter jurisdiction. *See VS Ltd. P'ship v. Dep't of Hous. and Urban Dev.,* 235 F.3d 1109, 1112 (8th Cir. 2000) (party desiring to proceed in federal

court bears burden of establishing court's jurisdiction); *Charchenko v. City of Stillwater*, 47 F.3d 981, 982–83 (8th Cir.1995) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.